AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   10-8266-JMH |
| REINIER KOOLE | ) | |
| Defendant. | ) | |

**FILED by _____ D.C.**

**SEP 2 0 2010**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     REINIER KOOLE
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

knowing possession of a firearm at a Federal Facility in violation of 18 USC 930(a); and
knowing possession of a firearm at a Federal Facility with the intent to commit or attempt to commit a crime in violation of
18 USC 930(b).

Date:  9-16-10

*Issuing officer's signature*

City and state:   WEST PALM BEACH, FLORIDA

JAMES M. HOPKINS, US MAGISTRATE JUDGE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/16/2010 , and the person was arrested on *(date)* 9/16/2010 at *(city and state)* Boynton Beach FL |

Date:  9/17/2010

*Arresting officer's signature*

PAUL MASTRANDO   SPECIAL AGENT
*Printed name and title*

Certified to be a true and
correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
9-16-10